UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 20-063-DCR-1 |
| | ) | |
| V. | ) | |
| | ) | |
| DOUGLAS WILLIAM VANCE, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

A jury convicted Defendant Douglas Vance of conspiring to commit wire fraud, wire fraud, and conspiracy to commit money laundering. He was sentenced on August 21, 2023, to a total of 174 months of imprisonment. Two points were added to Vance's criminal history score during his sentencing hearing because he committed the instant offense while under a criminal justice sentence imposed by the Tazewell County Circuit Court in Tazewell, Virginia. *See* U.S.S.G. § 4A1.1(d). However, Amendment 821 to the United States Sentencing Guidelines (Part A) now eliminates such "status points" for defendants like Vance who have six or fewer criminal history points. (U.S.S.G. Amend. 821, eff. Nov. 1, 2023.)

Amendment 821 may apply retroactively to reduce the sentences of defendants who have already been sentenced. *See* 18 U.S.C. § 3582(c)(2). When considering whether to reduce the sentence of such a defendant, the Court considers whether the factors set forth in 18 U.S.C. § 3553(a) weigh in favor of granting a sentence reduction. *Id.* While courts may consider whether defendants are eligible for sentence reductions as of the Amendment's

effective date, individuals who are granted sentence reductions can be released from custody no earlier than February 1, 2024.

Consistent with General Order 23-21, the United States Probation Office for the Eastern District of Kentucky has prepared an analysis regarding the expected application of the Amendment to the defendant's sentence. The Probation Office will be directed to provide a copy of its analysis to the defendant and the United States. The United States will be directed to tender a response and the defendant may thereafter file a reply. Following the conclusion of briefing, the matter will stand submitted to the Court for determination of whether the defendant's sentence will be reduced.

Based on the foregoing, it is hereby

**ORDERED** as follows:

1.      The Clerk of the Court is directed to update the docket sheet to reflect the defendant's current address as Douglas Vance, FCI Ashland, Register Number: 23266-032, P.O. Box 6001, Ashland, Kentucky 41105.

2.      The United States Probation Office is directed to promptly provide a copy of its analysis regarding application of Amendment 821 to the United States and Defendant Douglas Vance.

3.      **Within 14 days**, the United States is directed to file a response explaining its position regarding whether the defendant should receive a sentence reduction under Amendment 821 (and, if so, to what extent).

4.      **Within 14 days** of the United States filing a response, Defendant Vance may file a reply.

5.    The Clerk of the Court is directed to forward a copy of this Memorandum Order to the defendant at his present place of incarceration and to the United States Probation Office in Lexington, Kentucky.

Dated: January 11, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky